# OFFICIAL FORM 3
# PRE-CONFIRMATION CHAPTER 13 PLAN

## CHAPTER 13 PLAN

Docket # __08-13327__

DEBTORS: (H) __Arthur S. Almeida__  SS # __XXX-XX-7422__

(W) __Teresa M. Almeida__  SS # __XXX-XX-8118__

I. PLAN PAYMENT AND TERM

Debtor(s) shall pay monthly to the Trustee the sum of $__265.00__ for the term of:

☐ 36 months. 11 U.S.C. § 1325(b)(4)(A)(i);

☐ 60 months. 11 U.S.C. § 1325(b)(4)(A)(i);

☐ 60 months. 11 U.S.C. § 1322(d)(2). Debtor avers the following cause:

_____

_____

_____ ; or

☐ __48__ Months. The Debtor states as reasons therefore: __The additional time reduces the Debtors' payments and allows for a higher percentage distribution to creditors.__

II. SECURED CLAIMS:

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| None | | $ -0- |
| | | $ |
| | | $ |

Total of secured claims to be paid through the Plan:    $ -0-

B. Claims to be paid directly by debtor to creditors (Not through Plan):

| Creditor | Description of Claim |
|---|---|
| | Mortgage payments are current and the |
| | Debtors will make their post-petition |
| | Mortgage payments directly outside of the |
| | Plan. |

C. Modification of Secured Claims:

| Creditor | Details of Modification (Additional Details May be Attached) | Amount of Claim to Be Paid Through Plan |
|---|---|---|
| None | | $ |
| | | $ |

D. Leases: NONE

    i. The Debtor(s) intend(s) to reject the residential/personal property lease claims of _____; or

    ii. The Debtor(s) intend(s) to assume the residential/personal property lease claims of _____.

    iii. The arrears under the lease to be paid under the plan are _____.

## III. PRIORITY CLAIMS:

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| None | | $ -0- |

B. Other:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| None | | $ -0- |
| | | $ |
| | | $ |
| | | $ |

Total or Priority Claims to Be Paid Through the Plan:    $ -0-

## IV. ADMINISTRATIVE CLAIMS:

A. Attorneys Fees (to be paid through the Plan):    $ 1200.00

B. Miscellaneous fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| None | | $ -0- |
| | | $ |
| | | $ |

C. The Chapter 13 Trustee's fee is determined by order of the United States Attorney General. The calculation of the Plan payment set forth below utilizes a 10% Trustee's commission.

V.  UNSECURED CLAIMS:

The general unsecured creditors shall receive a dividend of  28.5  % of their claims.

A.  General unsecured claims:                                    $    36,000.00

B.  Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| None | | $    -0- |
| | | $ |
| | | $ |

D.  Non-Dischargeable Unsecured Claims:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| None | | $    -0- |
| | | $ |

Total of Unsecured Claims (A + B + C):                           $    36,000.00

D.  Multiply total by percentage:                                $    10,260.00
    (Example: Total of $38,500.00 x .22 dividend = $8,470.00)

E.  Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| None | | $    -0- |
| | | $ |
| | | $ |

Total amount of separately classified claims payable at _____%:   $    -0-

VI. OTHER PROVISIONS:

A.  Liquidation of assets to be used to fund plan:  None

B.  Miscellaneous Provisions:

__None_____

_____

VII  CALCULATION OF PLAN PAYMENT:

a) Secured claims (Section II-A Total):                           $_____-0-_____

b) Priority claims (Section III-A & B Total):                     $_____-0-_____

c) Administrative claims (Section IV-A&B Total):                  $_____1,200.00_____

d) Regular unsecured claims (Section V-D Total):                  $_____10,260.00_____

e) Separately classified unsecured claims (Section IV-E Total):   $_____-0-_____

f) Total of a + b + c + d + e above:                            =$_____11,460.00_____

g) Divide (f) by .90 for total including Trustee's fee:
                                        Cost of Plan           +$_____12,733.00_____

      (This represents the total amount to be paid into the Chapter 13 Plan.)

h) Divide (g) Cost of Plan by Term of Plan ____48____ months

i) Round up to nearest dollar for Monthly Plan Payment:           $_____265.00_____
                                                                  (Enter this amount on page 1)

Pursuant to 11 U.S.C. §1326(a)(1) unless the Court orders otherwise, debtor shall commence making the payments proposed by a plan within thirty (30) days after the petition is filed.

Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor shall make preconfirmation adequate protection payments directly to the secured creditor.

## VIII. LIQUIDATION ANALYSIS

A.  Real Estate:

| Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| 48 Pamela Drive, New Bedford MA | $ 276,000.00 | $ 160,000.00 |
| | $ | $ |
| | $ | $ |

Total Net Equity for Real Property:              $    116,000.00

Less Total Exemptions (Schedule C):              $    500,000.00

Available Chapter 7:                             $         -0-

B.  Automobile (Describe year, make, model):

2000 Chevrolet Cavalier     Value $ 2,600.00   Lien $  -0-   Exemption $    700.00

2005 Chevrolet Ventura      Value $ 9,060.00   Lien $  -0-   Exemption $    700.00

_____      Value $_____   Lien $_____  Exemption $_____

Net Value of Equity:                             $     11,660.00

Less Total Exemptions (Schedule C)               $     -1,400.00

Available Chapter 7:                             $     10,260.00

C.  All other Assets: (All remaining items on Schedule B):  (Itemize as necessary)

   All other assets are exempt.

_____

Total Net Value:                                 $_____

Less Exemptions (Schedule C)                     $_____

Available Chapter 7:                             $         -0-

D.  Summary of Liquidation Analysis (total amount available under Chapter 7):

Net Equity (A and B) Plus other Assets (C) less all claimed exemptions: $    10,260.00

E.  Additional Comments regarding Liquidation Analysis:

    None

IX.  SIGNATURES

Pursuant to the Chapter 13 rules, the debtor or his/her attorney is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

_____          _6-5-08_____
Debtor's Attorney—Roger Stanford                Date

Attorney's Address:    100 Eighth Street

                       New Bedford, MA  02740

                       _____

                       Tel. # (508) 994-3393

                       Email Address: ROGERSTANF@AOL.COM

I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

_____          _6-5-08_____
Debtor                                          Date

_____          _6-5-08_____
Debtor                                          Date

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS